UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:02CR332 (JCH) |
| v. | |
| KEVIN J. MORRISON, | |
| Defendant. | February 2, 2005 |

## MOTION FOR RETURN OF PROPERTY

The defendant Kevin Morrison, through his undersigned counsel, hereby moves for the return of his passport, which is in the possession of the Clerk of the Court as a condition of his bond. Mr. Morrison was sentenced on March 31, 2003, and the conditions of his bond have been fully met. He therefore respectfully requests that his passport be returned to him through his undersigned counsel.

Respectfully submitted,

THE DEFENDANT,
KEVIN J. MORRISON

By:_____
James T. Cowdery (ct05103)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103
(860) 278-5555
(860) 249-0012 Fax
E-mail: jcowdery@cemlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on February 2, 2005, a copy of the foregoing was mailed, postage prepaid, to:

James G. Genco, Esq.
Assistant U.S. Attorney
450 Main Street
Hartford, CT 06103

Mr. Keith P. Barry
U.S. Probation Office
915 Lafayette Boulevard
Bridgeport, CT 06604

Ms. Kattya Lopez
Pretrial Services Officer
U.S. Probation Office
450 Main Street
Hartford, CT 06103

_____
James T. Cowdery