**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

TEL. NO. 240-3200
(AREA CODE 860)

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

2005 JAN 12

November 18, 2005

James T. Cowdery
Cowdery, Ecker, & Murphy
750 Main Street, Suite 910
Hartford, CT 06103-4477

    Re: Case Name: USA v. Kevin Morrison
        Number: 3:02CR332(JCH)

Dear Attorney Cowdery:

As the above matter has been disposed of in this court and the court having granted defendant's motion for return of property [doc. 23] enclosed is:

    United States Passport #140491057, issued to Kevin Joseph Morrison

Please acknowledge receipt of the above on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                      Sincerely,

                      Kevin F. Rowe, Clerk

                 BY *[signature]*
                    Linda I. Kunofsky
                    Deputy in Charge

ACKNOWLEDGMENT: *[signature]*    DATE: 11-21-05